AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

RUFINO NARANJO-TORRES

**WAIVER OF INDICTMENT**

CASE NUMBER: 07cr3374-JAH

I, RUFINO NARANJO-TORRES, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 12/13/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Rufino Naranjo Torres
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER

RRM